IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GREGORY K. WHITT**                                                          **PETITIONER**

v.                       NO. 4:24-cv-00961-JM

**HOBE RUNION, Sebastian County Sheriff**                        **RESPONDENT**

<u>ORDER</u>

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections received thereto (Doc. No. 36), and a <u>de novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

The motion to dismiss filed by respondent Hobe Runion ("Runion") is granted, <u>see</u> Docket Entry 20; the motion to object/suppress/strike filed by petitioner Gregory K. Whitt ("Whitt") is denied, <u>see</u> Docket Entry 23; Whitt's amended petition for writ of habeas corpus is dismissed without prejudice; and all requested relief is denied. Judgment will be entered for Runion. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is denied as Whitt cannot make a "substantial showing of the denial of a constitutional right." <u>See</u> 28 U.S.C. 2253(c)(2).

All remaining motions (Doc. Nos. 32, 24-37) are denied.

IT IS SO ORDERED this 29th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE