# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**GREGORY K. WHITT**                                                                                         **PETITIONER**

v.                             NO. 4:24-cv-00961-JM

**HOBE RUNION, Sebastian County Sheriff**                                            **RESPONDENT**

## ORDER

Due to the pendency of Petitioner's state court action, his habeas petition was dismissed on January 29, 2025, and a final judgment was entered that same day. (Doc. Nos. 38, 39). His pending motions (Doc. Nos. 43, 44) are denied. For the reasons stated in the recommended disposition of United States Magistrate Judge Patricia S. Harris which have been adopted by this court (Doc. Nos. 31, 38), Petitioner must present his constitutional claims to the highest available state court before seeking relief here.

IT IS SO ORDERED this 11th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE